UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARL ROBINSON,

        Petitioner,

        v.

DAVID LONG, Warden,

        Respondent.

NO. CV 12-10395-PA (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

        IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  February 15, 2015

                        PERCY ANDERSON
                    United States District Judge