JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ROBINSON,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID LONG, Warden,<br><br>    Respondent. | NO.  CV 12-10395-PA (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 15, 2015

_____
PERCY ANDERSON
United States District Judge

**JS-6**